PD-0959-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/6/2015 5:29:24 PM
Accepted 8/11/2015 12:24:22 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| **JOHNNY P. SUTHERLIN** | § | **IN THE COURT OF** |
| | § | |
| **V.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Johnny Sutherlin, Appellant, in the above styled and numbered cause, and moves for an extension of time of thirty days to file a brief in support of Petition for Discretionary Review, and for good cause shows the following:

1.      On June 24, 2015, the Twelfth Court of Appeals affirmed appellant's conviction, Johnny Sutherlin V. The State of Texas, #12-13-00374-CR. This petition was therefore due on July 24, 2015. This motion is filed pursuant to Rule of Appellate Procedure 68.2C.

2.      Counsel has been unable to complete the brief for the following reasons:

a.      Counsel is a sole practitioner, and received the judgment from the Court of Appeals a few days after returning from a law seminar in San Antonio, and was catching up time out of the office as a result.

b.      Since receiving the Tyler Court's judgment, the undersigned has been involved in several different contested family law matters, including divorces and CPS cases, heard contested motion to suppress in a DWI case, conducted an appeal of a driver license suspension, and tried another DWI case to a jury.

c.      Counsel spent approximately one full week taking his wife to multiple

doctor appointments, including an emergency room visit and two doctor office visits in Palestine, a trip to Tyler for a MRI exam, and then a final trip to Tyler to confer with a back specialist.

3.      Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of thirty days, i.e., until September 6, 2015, to file a Petition for Discretionary Review.

Respectfully submitted,

Wm. M. House, Jr., P.C.,
Attorney for Johnny P. Sutherland

By: /S/ Wm. M. House, Jr.
    Wm. M. House, Jr.
    Texas Bar No. 10045000
    Email: wmmhousejr@embarqmail.com
    800 N Church
    Palestine TX 75801
    Tel:    903-723-2077
    Fax:    903-723-6323

### Certificate of Service

This is to certify that on August 6, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's office, Anderson County, Texas via internet website https://efile.txcourts.gov.

_____
Wm. M. House, Jr., P.C.,
Attorney for Johnny P. Sutherlin, Appellant